```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF WEST VIRGINIA
                            AT CHARLESTON
```

**ARVILLE SARGENT,**

      Movant,

v.                                  Civil Action No. 2:14-cv-27712
                                       (Criminal No. 2:13-cr-00050)

**UNITED STATES OF AMERICA,**

      Respondent.

## MEMORANDUM OPINION AND ORDER

Pending before the court is movant's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255, filed on November 6, 2014.

This action was previously referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission to the court of his Proposed Findings and Recommendation ("PF&R") for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).

On February 7, 2018, Magistrate Judge Tinsley entered his PF&R recommending that the Section 2255 motion be denied for failure to state a potentially meritorious ground for relief and that this action be dismissed from the docket of the court.

No objections having been filed, the movant has waived <u>de novo</u> review of the matter by this court.

It is, accordingly, ORDERED as follows:

1. That the findings in Magistrate Judge Tinsley's Proposed Findings and Recommendation be, and they hereby are, adopted and incorporated in full.

2. That the motion under 28 U.S.C. § 2255 be denied.

3. That this action be dismissed and removed from the docket of the court.

The Clerk is directed to forward copies of this memorandum opinion and order to the movant, all counsel of record, and United States Magistrate Judge Dwane L. Tinsley.

DATED: March 1, 2018

John T. Copenhaver, Jr.
United States District Judge